**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1593**

FRANKIE JOHN CAIN; VELICITY PITTS,

Plaintiffs - Appellants,

v.

MARCELIA YVONNE BANKS LITTLE, Sheriff Corporal, in Individual Capacity; LIEUTENANT JUSTIN JARRATT, Lieutenant, in Official Capacity; SERGEANT TROY HAWKINS, Sergeant, in Official Capacity; LINDA BANKS EDWARDS, Court Clerk, in Official Capacity; TIM JARRATT, Head Sheriff, in Official Capacity; WILLIAM T. JARRATT, Sheriff; CITY OF EMPORIA POLICE DEPARTMENT; DAMIN WHITE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:23-cv-00255-MHL)

Submitted:  September 30, 2024                    Decided:  October 8, 2024

Before NIEMEYER, KING, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frankie John Cain; Velicity Pitts, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie John Cain and Velicity Pitts (Plaintiffs) appeal the district court's order dismissing without prejudice and without leave to amend their pro se 42 U.S.C. § 1983 action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). When their informal brief is liberally construed, Plaintiffs argue that the district court erred in concluding that they failed to state a claim for relief. However, the court also found that Plaintiffs failed to comply with a court order and, thus, that dismissal was warranted under Fed. R. Civ. P. 41(b). And even when liberally construed, Plaintiffs's informal brief does not challenge this independent, alternate ground for the dismissal of their action. Therefore, Plaintiffs have forfeited appellate review of the district court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."); *Brown v. Nucor Corp.*, 785 F.3d 895, 918 (4th Cir. 2015) ("Failure of a party in its opening brief to challenge an alternate ground for a district court's ruling waives that challenge." (cleaned up)). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2